# Court of Appeals
## of the State of Georgia

ATLANTA, __January 03, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0707.  RAYMOND S. BAKER v. THE STATE.**

     Appellant Raymond S. Baker has moved to transfer his appeal to the Supreme Court.  His motion is GRANTED and this case is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __01/03/2013__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*